# Court of Appeals
# of the State of Georgia

ATLANTA,  March 30, 2021

*The Court of Appeals hereby passes the following order:*

## A21D0243. ANTONETTE FERRELL-GREEN v. MIDFIRST BANK.

Plaintiff MidFirst Bank filed this post-foreclosure dispossessory action against defendants Antonette Ferrell-Green and Tony Ware in the magistrate court. The case was transferred to the superior court with the parties' consent. On March 2, 2021, the superior court entered an order directing the defendants to pay rent pending a final disposition of the case. On March 8, 2021, the pro se defendants filed an application for discretionary review to obtain review of the rent order[1].

As a general rule, a right of direct appeal lies from a final judgment, where the case is no longer pending below. See OCGA § 5-6-34 (a) (1). Here, the rent order was not a final judgment, and the case remains pending in the superior court. Consequently, the defendants were required to comply with the interlocutory appeal procedures of OCGA § 5-6-34 (b) to obtain appellate review. See *Carter v. Landel/Arundel, Inc.*, 172 Ga. App. 115, 116 (3) (322 SE2d 108) (1984). See also *Scruggs v. Ga. Dept. of Human Resources*, 261 Ga. 587, 589 (1) (408 SE2d 103) (1991) (discretionary application statute does not relieve applicant who seeks to appeal interlocutory order from complying with interlocutory review requirements). Their failure to do so requires dismissal of this application for lack of jurisdiction.

---

[1] The applicants also filed a notice of appeal from the trial court's order. That appeal has been docketed in this Court as Case No. A21A1186.

See *Grantham v. Nelson*, 160 Ga. App. 68 (286 SE2d 59) (1981). Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*__03/30/2021_____

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*